JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KIRK DWAYNE HOUSTON,           ) Case No. EDCV 12-505-OP
                              )
                Plaintiff,    )
                              ) JUDGMENT
        v.                    )
                              )
MICHAEL J. ASTRUE,            )
Commissioner of Social Security, )
                              )
                Defendant.    )

        Pursuant to the Memorandum Opinion; Order of the United States
Magistrate Judge,

        IT IS ADJUDGED that Judgment be entered affirming the decision of the
Commissioner of Social Security and dismissing this action with prejudice.

DATED: November 1, 2012

                              HONORABLE OSWALD PARADA
                              United States Magistrate Judge