ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney

    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8962
    Facsimile:  (415) 744-0134
    Email:  Dennis.Hanna@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KIRK DWAYNE HOUSTON, | No. 5:12-cv-00505-OP |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The Court having granted the parties' Motion for Relief from the Court's [November 1, 2012] Judgment Pursuant to Fed. R. Civ. P. 60(b)(2), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned

1  action is remanded to the Commissioner of Social Security for further proceedings
2  consistent with the parties' Motion and this Court's Order.
3
4  DATED: 12/11/12
5                                        HON. OSWALD PARADA
6                                        UNITED STATES MAGISTRATE JUDGE