Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK DWAYNE HOUSTON, | CASE NO.: 5:12-cv-00505-OP |
| Plaintiff, | |
| v. | ORDER AWARDING EAJA FEES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND ONE HUNDRED FIFTY DOLLARS AND 00/100 ($2,150.00) subject to the terms of the stipulation.

DATED:  January 2, 2013

Honorable Oswald Parada
United States Magistrate Judge

-1-